**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

GREGORY POLLY, Administrator of
the Estate of Monica Polly, *et al.,*

     **Plaintiffs,**

V.

NATIONAL TRUST INSURANCE
COMPANY,

     **Defendant.**

CIVIL ACTION NO. 7:19-9-KKC-EBA

<u>JUDGMENT</u>

**\*\*\* \*\*\* \*\*\***

In accordance with the Opinion and Order entered on June 15, 2020, the Court hereby

ORDERS and ADJUDGES that:

1) Defendant's motion for leave to supplement the record (DE 70) is DENIED as
   moot;

2) Defendant's motion for summary judgment (DE 65) is GRANTED;

3) the trial scheduled in this matter, and all pending deadlines, are considered SET
   ASIDE;

4) the matter is DISMISSED and STRICKEN from the active docket of this Court; and

5) this judgment is FINAL and APPEALABLE.

Dated June 15, 2020



*Karen K. Caldwell*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY